IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 1:08cr41 SPM

<u>MARCELLUS DAWSON</u> /

## JUDGMENT OF ACQUITTAL

The Defendant's Motion for Judgment of Acquittal was granted as to Count 3 as charged in the Indictment on January 7, 2010.

IT IS ORDERED that the Defendant is acquitted of this charge.

DONE AND ORDERED this <u>eleventh</u> day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge