UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:08-CR-41-SPM/AK

MARCELLUS DAWSON and
JOHNNY MILLER GREENE,

    Defendant.

_____/

## ORDER DENYING MOTION IN ARREST OF JUDGMENT

This cause comes before the Court on Defendant Greene's Motion in Arrest of Judgment (doc. 155). Per Defendant Dawson's request (doc. 159), he will be permitted to adopt the Motion in Arrest of Judgment. As the Court finds that the claims raised in the Motion, namely that an FBI agent perjured himself before the Grand Jury by stating that Defendant Greene is a member of Cross City's water board, instead of the correct water department, and that thereby the indictment is rendered invalid, necessitating an arrest of the judgment, to be without merit, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion in Arrest of Judgment (doc. 155) is DENIED.

SO ORDERED this <u>twenty-seventh</u> day of January, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge