# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08-CR-41-SPM/AK

MARCELLUS DAWSON and
JOHNNY MILLER GREENE,

    Defendant.

_____/

## ORDER DENYING MOTIONS FOR A NEW TRIAL

This cause comes before the Court on Defendant Greene's Motion for a New Trial (doc. 154), which asserts that there was insufficient evidence to support the jury verdict of guilt on all counts charged against the Defendant, and Defendant Dawson's Motion for a New Trial (doc. 158), which asserts that the Court erred by constructively amending the indictment via the verdict form. The Government filed responses in opposition (docs. 156, 161). For the reasons expressed herein, the Motions for New Trial will be denied.

A court may grant a new trial under Federal Rule of Criminal Procedure 33 "if the interest of justice so requires." Fed. R. Crim. P. 33. Under the rule, a trial court enjoys broad power to a grant a new trial if it concludes that a miscarriage of justice has occurred. United States v. Hall, 854 F.2d 1269, 1271 (11th Cir. 1988).

Having considered the arguments raised by the Defendants, the Court finds that

they are without merit. Sufficient evidence, including video-recordings of a meeting and interview, was presented to the jury to support its verdict of guilt on all counts as to Defendant Greene. Additionally, the verdict form did not constructively amend the indictment. In sum, there was no miscarriage of justice. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' Motions for New Trial (docs. 154, 158) are DENIED.

SO ORDERED this twenty-seventh day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge